FINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL DEASE,

Plaintiff,

v. Case No: 6:20-cv-386-GAP-DCI

MORTON ELECTRIC, INC., TIM BEHLING and DUANNE PITTS,

Defendants.

---

# VERDICT FORM

**SECTION I: Florida Civil Rights Act – Failure to Accommodate (Count I)**

1. Did Mr. Dease request an accommodation?

   _✓_ Yes ____ No

   **If your answer is "No," your verdict on Count I is for Defendant and you should proceed to the next section. Otherwise, if your answer is "Yes," then answer Question 2 in this section.**

2. Did Morton Electric fail to provide Mr. Dease with a reasonable accommodation?

   _✓_ Yes ____ No

   **If your answer is "No," your verdict on Count I is for Defendant and you should proceed to the next section. Otherwise, if your answer is "Yes," then answer Question 3 in this section.**

3. Should Mr. Dease be awarded damages to compensate for:
   a. A net loss of wages and benefits to the date of your verdict?

      _✓_ Yes ____ No

FINAL

b. Emotional pain and mental anguish?

__✓__ Yes ____ No

SECTION II: **Florida Civil Rights Act – Disability Discrimination (Count II)**

1. Do you find that Mr. Dease was involuntarily terminated from his employment with Morton Electric?

   __✓__ **Yes** ____ **No**

   **If your answer is "No," your verdict on Counts II and III is for Defendants and you should proceed to Section IV. Otherwise, answer Question 2 in this section.**

2. Did Morton Electric involuntarily terminate Mr. Dease because of his disability?

   __✓__ **Yes** ____ **No**

   **If your answer is "No," your verdict is for Defendant on Count II and you should proceed to Section III. Otherwise, answer Question 3 in this section.**

3. Should Mr. Dease be awarded damages to compensate for:
   a. A net loss of wages and benefits to the date of your verdict?

      __✓__ **Yes** ____ **No**

   b. Emotional pain and mental anguish?

      __✓__ **Yes** ____ **No**

**SECTION III: FMLA Retaliation (Count III)**

If you answered "No" to Question 1 in Section II, your verdict on Count III is for Defendant and you should proceed to Section IV. Otherwise, answer Question 1 in this section.

FINAL

1. Did Morton Electric, Duane Pitts, or Tim Behling take the adverse employment action of terminating Mr. Dease because of Mr. Dease's protected activity?

Morton Electric? ____ Yes _✓_ No
Duane Pitts? ____ Yes _✓_ No
Tim Behling? ____ Yes _✓_ No

**If your answer is "No" to all three defendants, your verdict is for Defendants on Count III and you should proceed to Section IV. Otherwise, answer Question 2 in this section.**

2. If you answered yes as to any defendant in Question No. 1, should Mr. Dease be awarded damages for any wages, salary, employment benefits, or other compensation?

____ **Yes** ____ **No**

If your answer is "Yes," in what amount?

$________________

**SECTION IV: Damages**

If you answered "Yes" to either subpart in Question 3 (or both subparts) in either Sections I or II (or both), please answer the following questions. Otherwise, your verdict is complete. Do not complete this section. Instead, sign and date the verdict form.

1. In what amount should Mr. Dease be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

$ $114,004.00

2. In what amount should Mr. Dease be awarded damages to compensate for emotional pain and mental anguish?

$ 124,000.00

FINAL

3. If you did not award damages in response to Question Nos. 1 and 2 in this section, **your verdict is complete. Please sign and date the verdict form.**

If you awarded damages in response to Question Nos. 1 or 2 (or both), **should punitive damages be assessed against Morton Electric?**

__✓__ **Yes** ____ **No**

SO SAY WE ALL.

DATED: Dec. 02, 2021

[signature]
Foreperson Steven Menichino