FINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL DEASE,

Plaintiff,

v. Case No: 6:20-cv-386-GAP-DCI

MORTON ELECTRIC, INC., TIM BEHLING and DUANNE PITTS,

Defendants.

---

# VERDICT FORM
# (TRIAL PHASE II)

1. On Mr. Dease's claim for disability discrimination under the Florida Civil Rights Act, in what amount should punitive damages be awarded?

   $ 80,000.00

2. On Mr. Dease's claim for failure to accommodate under the Florida Civil Rights Act, in what amount should punitive damages be awarded?

   $ 40,000.00

Total Amount of Punitive Damages (add Lines 1 and 2):

$ 120,000.00

SO SAY WE ALL.

**DATED:** Dec. 2, 2021

[signature]
Foreperson Steven Menichino